IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES LYLES [HQ8920] | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 12-1605 |
| THE DISTRICT ATTORNEY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 30th day of November, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge:

1. The Report and Recommendation is approved and adopted.
2. The Petition for Writ of Habeas Corpus is denied and dismissed as time-barred under 28 U.S.C. §2244(d)(1).
3. Petitioner's objections are overruled.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.